Case 4:23-cv-02044   Document 61   Filed on 07/15/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MAHAB PATOLI and SAMMIA FROUGH, Individually and on behalf of the ESTATE OF A.P., a deceased minor,<br><br>*Plaintiffs,*<br><br>vs.<br><br>BABY TREND, INC., a foreign corporation,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION 4:23 – CV – 2044<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD

Before the Court is Defendant Baby Trend, Inc.'s Motion for Withdrawal of attorneys Brian S. Rawson and Roy B. McKay as counsel of record. Having considered the Motion, the Court finds that the request for withdrawal of counsel should be and is hereby **GRANTED**.

It is accordingly, **ORDERED** that Brian S. Rawson and Roy B. McKay are hereby withdrawn from this action as counsel of record for Defendant. Richard W. Crews, Anna S. Dodds, and Patrick J. Stoia of Hartline Barger LLP will remain as counsel of record for Defendant Baby Trend, Inc.

SIGNED this   15th   day of    July   , 2024.

*George C. Hanks Jr*
HONORABLE JUDGE PRESIDING